Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **LOWE'S COMPANIES, INC.,** <br><br> Defendant. | Case No. 4:15-cv-05487-PJH <br><br> **NOTICE OF VOLUNTARY DISMISSAL AND ORDER** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Bluestone Innovations LLC pursuant to Fed. R. Civ. P. 41(a), hereby moves for a dismissal with prejudice all of its claims against Defendant Lowe's Companies, Inc. with respect to the Utilitech A19 9W 750 lm Light Bulb identified in the Original Complaint (Dkt. No. 1).

Plaintiff Bluestone Innovations LLC pursuant to Fed. R. Civ. P. 41(a), hereby further moves for a dismissal without prejudice of all other claims against Defendant Lowe's Companies, Inc.

Prior to the filing of this motion, Defendant Lowe's Companies, Inc. has yet to file an answer or motion for summary judgment

Dated:  March 17, 2016                                                                 NI, WANG & MASSAND, PLLC

                                                                                                                   */s/ Hao Ni*
                                                                                                    By:_____
                                                                                                                   HAO NI

                                                                                                    Attorney for Plaintiff
                                                                                                    BLUESTONE INNOVATIONS LLC

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on March 17, 2016, with a copy of this document via the Court's CM/ECF system.

                                                                                                                   */s/ Hao Ni*
                                                                                                    _____
                                                                                                                   HAO NI

## ORDER OF DISMISSAL

In consideration of Plaintiff Bluestone Innovation LLC's filing of a Notice of Voluntary Dismissal before an answer or motion for summary judgment has been filed by Defendant Lowe's Companies, Inc., the Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims of infringement that Plaintiff raised or could have raised against Defendant Lowe's Companies, Inc., with regards to Utilitech A19 9W 750 lm Light Bulb are dismissed, WITH prejudice;

IT IS THEREFORE ORDERED that all other claims are dismissed WITHOUT prejudice in accordance with Fed. R. Civ. P. 41(a); and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this __17th__ day of March, 2016.



_____
United States District Judge